No. 16-4178

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

THE ABI JAOUDI AND AZAR TRADING CORP.,

*Plaintiff,*

v.

CIGNA WORLDWIDE INSURANCE CO.,

*Defendant-Appellee*

On Appeal From The United States District Court
For The Eastern District of Pennsylvania
Case No. 91-6785-PSD
Judge Paul S. Diamond

**MARTIN S. KENNEY'S REPLY IN SUPPORT OF HIS RENEWED MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL**

*EXPEDITED TREATMENT*
*REQUESTED UNDER L.A.R. 8.2.*

Gary M. Miller
Matthew C. Wolfe
Andrew M. Meerkins
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 5100
Chicago, IL  60606
(312) 704-7700 (Phone)
(312) 558-1195 (Fax)

William H. Stassen
Beth L. Weisser
FOX ROTHSCHILD LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19103
(215) 299-2000 (Phone)
(215) 299-2150 (Fax)

*Attorneys for Non-Party Respondent/Appellant*
*Martin S. Kenney*

3916182

## ARGUMENT

Kenney's renewed motion to stay is based on new evidence that arose after his previous motion was denied on December 9, 2016: the District Court's conduct at the December 14, 2016 hearing. Kenney described that conduct in detail in his opening brief, and will not repeat that here, except to point out that CIGNA does not dispute Kenney's description of the events at the hearing.[1]

In his first motion to stay (filed November 25, 2016), Kenney explained that the only possible reason the District Court was demanding his personal appearance was so it could apply the coercive sanctions requested by CIGNA in order to force him to pay damages to CIGNA. Although CIGNA continues to deny that the District Court's Orders were designed to accord the substantive relief it sought, it has never posited any other explanation for the Orders.

Thus, Kenney's explanation for the District Court's actions is not, as CIGNA insists, "speculation" at all. *See* CIGNA Response at 2, 6. Rather, it is tightly tethered to the facts of this case: CIGNA asked for coercive sanctions. Judge Diamond attempted to implement them. One respondent, Lohman, appeared. Judge Diamond then ordered Lohman to be detained and forced him to participate in settlement talks, returning his passport only when Lohman capitulated.

---

[1] Kenney also wishes to again call to the Court's attention that following the December 14, 2016 hearing, the District Court initiated criminal contempt proceedings against him for failing to appear at the hearing. Trial is set for April 25, 2017. Obviously, this is a serious matter and Kenney respectfully requests that the Court intervene by staying both the civil and criminal proceedings below and hearing his appeal on the merits.

Those actions by the District Court confirm that the purpose of its Orders was to give CIGNA the relief it requested.  Kenney did not appear, so he was not detained or ordered to engage in settlement talks, but that is not the standard:  the standard is whether the orders were *designed* to provide the relief sought.  *Ramara v. Westfield Ins. Co.*, 814 F.3d 660, 670 (3d Cir. 2016); *Anderson v. Davila*, 125 F.3d 148, 155 (3d Cir. 1997).  Here, they were.  This Court has appellate jurisdiction.

## CONCLUSION

Kenney respectfully requests the Court grant his motion to stay the civil and criminal proceedings against him in the District Court.

Dated:  March 17, 2017               Respectfully submitted,

                                     MARTIN S. KENNEY

                                     By:*/s/ Gary M. Miller*
                                        One of His Attorneys

Gary M. Miller
Matthew C. Wolfe
Andrew M. Meerkins
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 704-7700 (Phone)
(312) 558-1195 (Fax)
gmiller@shb.com
mwolfe@shb.com
ameerkins@shb.com

William H. Stassen
Beth L. Weisser
FOX ROTHSCHILD LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19103
(215) 299-2000 (Phone)
(215) 299-2150 (Fax)
wstassen@foxrothschild.com
bweisser@foxrothschild.com

3916182

## **CERTIFICATE OF COMPLIANCE**

      This document complies with the typeface and type-style requirements and the type-volume limitations of Federal Rule of Appellate Procedure 32(a) and the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A). This document, excluding the items excluded by Federal Rule of Appellate Procedure 32(f), contains 390 words.

                                                            */s/ Matthew C. Wolfe*

# **CERTIFICATE OF SERVICE**

  I certify that on March 17, 2017, a true and correct copy of the foregoing **MARTIN S. KENNEY'S REPLY IN SUPPORT OF HIS RENEWED MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL** was served by CM/ECF upon the following:


Donald W. Hawthorne
AXINN VELTROP HARKRIDER LLP
114 West 47th Street
New York, NY 10036
dwh@avhlaw.com

Donald Francis Donovan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
dfdonova@debevoise.com

David J. Creagan
WHITE AND WILLIAMS LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103
creagand@whiteandwilliams.com

*Attorneys for CIGNA Worldwide Insurance Company*

*And by First Class Mail, postage prepaid, upon the following:*
Garrett Kelleher
c/o Noel Smyth and Partners
12 Ely Place
Dublin 2 Ireland
Attn: Ronan Harrigan


                */s/ Matthew C. Wolfe*