UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 20, 2017
ECO-021

No. 16-4178

THE ABI JAOUDI AND AZAR TRADING CORPORATION

v.

CIGNA WORLDWIDE INSURANCE COMPANY

*Martin Kenney,
Appellant

(*Pursuant to 12(b), Fed. R. App. P.)

(E.D. Pa. No. 2-91-cv-06785)

Present:    AMBRO, SCIRICA and RENDELL, Circuit Judges

1.  Motion filed by Appellant to Stay District Court Proceedings Pending Appeal with Request for Expedited Disposition;

2.  Letter filed by Appellee Garrett Kelleher Joining in Appellant's Motion to Stay;

3.  Response filed by Appellee Cigna Worldwide Insurance in Opposition; and

4.  Appellant Martin Kenney's Reply to Response

Respectfully,
Clerk/cjg

_____ **O R D E R** _____

The Court does not have jurisdiction to review the October 14, 2016 and November 22, 2016 orders because they are not immediately appealable injunctions.  See 28 U.S.C. § 1292(a)(1); United States v. Santtini, 963 F.2d 585, 591 (3d Cir. 1992); see also Court's December 9, 2016 order.  Nor do the new developments make the orders immediately appealable.  Accordingly, the appeal is hereby dismissed.  Appellant Kenney and Kelleher's expedited renewed motions to stay the District Court proceedings pending appeal are dismissed as moot.  The Clerk is directed to close the case.

By the Court,

s/ Thomas L. Ambro, Circuit Judge

Dated: March 23, 2017
CJG/cc:    Garrett Kelleher

Matthew C. Wolfe, Esq.
Gary M. Miller, Esq.
Andrew M. Meerkins, Esq.
William H. Pillsbury, Esq.
William H. Taft, V, Esq.
Donald W. Hawthorne, Esq.
Donald F. Donovan, Esq.
David J. Creagan, Esq.



**A True Copy**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.